**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOREN JAMES HOELSCHER,<br><br>        Petitioner,<br><br>   vs.<br><br>P.D. BRAZLETON, Warden,<br><br>        Respondent. | ) Case No. CV 13-1010-PSG (JPR)<br>)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

    The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge.  On May 22, 2015, Petitioner filed objections to the R&R, in which he mostly simply repeats the arguments in the Petition and Traverse.  None of Petitioner's objections undermine the Magistrate Judge's reasoning in the R&R.

    Having made a de novo determination of those portions of the R&R to which Petitioner has filed objections, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: June 12, 2015

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

2