**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOREN JAMES HOELSCHER, | Case No. CV 13-1010-PSG (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| P.D. BRAZLETON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 12, 2015

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE